IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOSEPH AND CARMELA TEICHMAN,
husband and wife,

                                                        06cv1476

        Plaintiff,                                ELECTRONICALLY FILED

    v.

FARMERS MUTUAL FIRE INSURANCE
COMPANY OF MCCANDLESS TOWNSHIP,

        Defendant.

### Order of Court

And now, this 8th day of December, 2006, upon consideration of defendant's motion to dismiss (doc. no. 8) and plaintiff's response thereto (doc. no. 13), it is hereby ordered that plaintiff shall file an amended complaint that defendant's insured is currently proceeding in bankruptcy, on or before December 11, 2006.  Accordingly, defendant's motion to dismiss (doc. no. 8) is denied as moot.

                                               SO ORDERED this 8th day of December, 2006.

                                               s/Arthur J. Schwab
                                             Arthur J. Schwab
                                             United States District Judge

cc:      All counsel of record